RECEIVED
IN LAKE CHARLES, LA.
APR 10 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| OMAR L. NELSON, | * | CIVIL ACTION NO. 2:14-cv-931 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| HONORABLE DAVID KENT SAVOIE, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 4] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's Application for Federal Writ of *Habeas Corpus* [Docs. 1 & 2] and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 9 day of April, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE